UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al<br><br>          Plaintiffs,<br><br>v.<br><br>FLOORING ZONE, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-11212-JLT<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that on June 15, 2005 I caused a copy of

the summons and complaint to be sent by certified mail to Flooring Zone, Inc., 19 Elwood Road,

Londonderry, NH 03053. A copy of the unclaimed return receipt is attached.

Date: December 14, 2005

_____
Christopher N. Souris