# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

Court
County of Rockingham State of New Hampshire

| | |
|---|---|
| Massachusetts Carpenters Central Agency<br><br>vs.<br><br>Flooring Zone, Inc | Docket Number: 0511212JLT<br>Sheriff File Number: 06000846 |

I, Deputy Sheriff David Vachon, Badge # 34 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 2/6/2006 at approximately 02:45 pm, at Rte 102, in 7-11 store parking lot, Raymond, NH 03077 served the within OOS Summons&Complaint upon Flooring Zone, Inc, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Flooring Zone, Inc personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: February 8, 2006

_(signature)_

David Vachon    34
Deputy Sheriff   Badge Number