UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL )
COLLECTION AGENCY, et al )
)
)
)
Plaintiffs, )
) CIVIL ACTION
v. ) NO. 05-11212-JLT
)
FLOORING ZONE, INC., )
)
Defendant. )
)

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Flooring Zone, Inc., 19 Elwood Road, Londonderry, NH 03053, in the above-captioned action. Defendant National Flooring Zone, Inc. was served with the complaint on February 6, 2006.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: March 13, 2006

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

_____
Attorney for plaintiffs