UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Mass. Carpenters Central Collection Agency, et al** <br> **Plaintiff** <br><br> V. <br><br> **Flooring Zone, Inc.** <br> **Defendant** | **CIVIL ACTION** <br><br> **NO. 05-cv-11212 JLT** |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Massachusetts Carpenters Central Collection Agency, et al for an order of Default for failure of the Defendant, Flooring Zone, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 27th day of March, 2006.

                                                             SARAH A. THORNTON
                                                             CLERK OF COURT


                                          By:   /s/ Kimberly M. Abaid
                                                      Deputy Clerk

**Notice mailed to: All Counsel of Record**

(Default Notice.wpd - 3/7/2005)